USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAT MARINE SERVICES LLC and TERRA MARINE SHIP MANAGEMENT (PVT) LTD.,

               Plaintiffs,

-v-

MILITARY INSURANCE COMPANY a/k/a VOENNOSTRAHOVAYA KOMPANIYA a/k/a VSK INSURANCE HOUSE a/k/a OPEN JOINT STOCK COMPANY MILITARY INSURANCE COMPANY a/k/a OJSC MILITARY INSURANCE COMPANY,

               Defendant.

No. 09 Civ. 7206 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    As stated by the Court at the conference held before it on September 23, 2009, it is HEREBY ORDERED that Plaintiffs shall submit their affidavit in support of their contemplated application for an extension of an order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure forthwith.

    It is FURTHER ORDERED that Defendant shall file its motion to vacate and accompanying memorandum of law no later than Friday, October 2 2009; Plaintiffs shall file their opposition memorandum no later than Friday, October 9, 2009; and Defendant shall file its reply memorandum no later than Friday, October 16, 2009. The parties are reminded to adhere

to my Individual Practices, Rule 2, regarding the provision of courtesy copies to chambers and the proper page length of the various memoranda.

The Court will thereafter hold a conference on Defendant's motion on Friday, October 30, 2009 at 2:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

Dated:   September 23, 2009
         New York, New York

                                             _____
                                             RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE